1  RANDALL P. MROCZYNSKI, ESQ. (State Bar No. 156784)
   rmroczynski@cookseylaw.com
2  COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
   A Professional Corporation
3  535 Anton Boulevard, Tenth Floor
   Costa Mesa, California 92626-1977
4  Telephone:  (714) 431-1100
   Facsimile:  (714) 431-1145
5

6  Attorneys for Plaintiff
   FORD MOTOR CREDIT COMPANY LLC
7

8                      UNITED STATES BANKRUPTCY COURT

9           CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

10 | In re                                    | Case No.:  6:22-bk-12796-SY

11 | JOHN FRANCIS STEPHENS,                    |

12 |                                           | Adversary Case No: 6:22-ap-01088-SY
   |         Debtor.                           |
13 |                                           | Chapter 7

14 |                                           |

15 | FORD MOTOR CREDIT COMPANY LLC,            | PROOF OF SERVICE

16 |         Plaintiff,                        |

17 | v.                                        |

18 | JOHN FRANCIS STEPHENS,                    |

19 |         Defendant.                        |

20

21 STATE OF CALIFORNIA, COUNTY OF ORANGE

22      I am employed in the county of Orange, State of California.  I am over the age of eighteen

23 and not a party to the within action; my business address is 535 Anton Boulevard, 10th Floor, Costa

24 Mesa, California 92626-1947.

25      On October 27, 2022, I served the foregoing document described as **SUMMONS AND**

26 **NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1];**

27 **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11**

28                                          **1**

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

1  **U.S.C. §§§ 523(a)(2)(A), 523(a)(4) and 523(a)(6); and STATUS CONFERENCE**

2  **PROCEDURES THE HON. SCOTT H. YUN** on the following parties in this action by first-class

3  mail by placing a true copy(s) thereof enclosed in a sealed envelope(s) addressed as follows:

4  **SEE ATTACHED PROOF OF SERVICE.**

5  I am "readily familiar" with the firm's practice of collection and processing of

6  correspondence for mailing. Under that practice it would be deposited with U.S. postal service on

7  that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of

8  business. I am aware that on motion of the party served, service is presumed invalid if postal

9  cancellation date or postage meter date is more than one day after date of deposit for mailing in

10  affidavit.

11  I declare under penalty of perjury, under the laws of the State of California and the United

12  States of America, that the foregoing is true and correct. I declare that I am employed in the office

13  of a member of the bar of this court at whose direction the service was made.

14  Executed on October 27, 2022, at Costa Mesa, California.

15

16

17  DALIN SUON

18

19

20

21

22

23

24

25

26

27

28  **2**

2505.8347  3885138.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**535 ANTON BLVD., 10TH FLOOR; COSTA MESA, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§§ 523(a)(2)(A), 523(a)(4) and 523(a)(6); and STATUS CONFERENCE PROCEDURES THE HON. SCOTT H. YUN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 27, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rabin J. Pournazarian; Attorney for Defendant; enotice@pricelawgroup.com
United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) October 27, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEFENDANT:** | **ATTORNEY FOR DEFENDANT:** | **CHAPTER 7 TRUSTEE:** |
|---|---|---|
| JOHN FRANCIS STEPHENS | Rabin J. Pournazarian | Howard B. Grobstein |
| 958 Cameron Center Drive | 6345 Balboa Blvd., Suite 247 | Grobstein Teeple, LLP |
| Palm Springs, CA 92264 | Encino, CA 91316 | 9363 Magnolia Avenue |
| | | Riverside, CA 92503 |

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 27, 2022 | Dalin Suon | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

2505.8347  3885138.1