| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RANDALL P. MROCZYNSKI, ESQ. (SBN. 156784)<br>COOKSEY, TOOLEN, GAGE, DUFFY & WOOG<br>A Professional Corporation<br>535 Anton Boulevard, Tenth Floor<br>Costa Mesa, California 92626-1977<br>Telephone: (714) 431-1100<br>Facsimile: (714) 431-1145 | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff,Ford Motor Credit Company LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE DIVISION**

| In re:<br><br>John F. Stephens<br><br><div align="right">Debtor(s).</div> | CASE NO.:        6:22-bk-12796-SY<br><br>ADVERSARY NO.: 6:22-ap-01088-SY<br><br>CHAPTER:       7 |
|---|---|
| Ford Motor Credit Company LLC<br><br><div align="right">Plaintiff(s).</div>         vs.<br><br>John F. Stephens<br><br><div align="right">Defendant(s).</div> | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:           01/26/2023<br>TIME:           9:30 am<br>COURTROOM:  302<br>ADDRESS:      255  Temple Street<br>                      Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

## A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No

3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

Since shortly after service of the Complaint, the parties have been engaged in intensive negotiations for the settlement of this case. Multiple settlement proposals and counter-proposals have been exchanged and the parties are cautiously optimistic that they are near a resolution of the matter without the need for futher litigation.

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| June 1, 2023 | July 1, 2023. I have a family reunion at the end of May 2023. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| To complete mediation and discovery if the case cannot be resolved. | The parties have been focused on resolving the matter and have not completed the initial pleading stage of the litigation. There may be and amendment to the complaint, and/or an answer or motion to dismiss which |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| May 1, 2023 | June 1, 2023 |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Interrogatories, Requests for Admissions, Document Production Requests, Deposition of the Defendant. | Depositions, Requests for Admission, Interrogatories and Document Production Requests. |

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 4-6 hours | 1 day |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 3-5 | 3-5 |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 7016-1.STATUS.REPORT**

3.  How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>

Unknown but most likely less than 25.

<u>Defendant</u>

Approximately 20-25.

## D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pretrial conference ☒ is ☐ is not  requested
Reasons:

<u>Defendant</u>

Pretrial conference ☒ is ☐ is not  requested
Reasons:

<u>Plaintiff</u>

Pretrial conference should be set <u>after</u>:

(*date*)  05/01/2023

<u>Defendant</u>

Pretrial conference should be set <u>after</u>:

(*date*)  06/01/2023

## E. **SETTLEMENT:**

1.  What is the status of settlement efforts?
    The parties have been engaged in intensive negotiations for the settlement of this case.  Multiple settlement proposals and counter-proposals have been exchanged.

2.  Has this dispute been formally mediated?    ☐ Yes  ☒ No
    If so, when?

3.  Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>

☒ Yes  ☐ No

<u>Defendant</u>

☒ Yes  ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 3                                    **F 7016-1.STATUS.REPORT**

**F.  FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<div style="display:flex">

Plaintiff

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

Defendant

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

</div>

**G.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date:  1/13/2023

Cooksey, Toolen, Gage, Duffy & Woog
Printed name of law firm

Signature

Randall P. Mrocyznski
Printed name

Attorney for:  Ford Motor Credit Company LLC

Date:  1/13/2023

John F. Stephens, in Pro Se
Printed name of law firm

*john stephens*
Signature

John F. Stephens
Printed name

Attorney for:  John F. Stephens

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 4                                    **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

535 Anton Boulevard, Suite 1000, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served
or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 01/16/2023   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rabin J. Pournazarian; Attorney for Defendant; enotice@pricelawgroup.com
United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/16/2023   , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

| DEFENDANT: | ATTORNEY FOR DEFENDANT: | CHAPTER 7 TRUSTEE: |
|---|---|---|
| JOHN FRANCIS STEPHENS | Rabin J. Pournazarian | Howard B. Grobstein |
| 958 Cameron Center Drive | 6345 Balboa Blvd., Suite 247 | Grobstein Teeple, LLP |
| Palm Springs, CA 92264 | Encino, CA 91316 | 9363 Magnolia Avenue |
| | | Riverside, CA 92503 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/16/2023 | Dalin Suon | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.